**Earsel Larry JOHNSON, Appellant,**

v.

**Lawrence G. SCHMIDT, Respondent.**

**No. WD 39254.**

Missouri Court of Appeals,
Western District.

July 7, 1987.

Earsel Larry Johnson, pro se.

William L. Webster, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from a judgment of denial of motion to set aside judgment pursuant to Rule 74.32.

Affirmed. Rule 84.16(b).